# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FREDERICK D. DEAN,

                Petitioner

          v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

                Respondent

:  No. 91 WM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2016, the Application for Extraordinary Relief is **DENIED**.